UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOUSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>NGAI, et al.,<br><br>    Defendants. | No. 2:20-cv-1051 DB P<br><br><br>ORDER |

    Plaintiff is a state prisoner proceeding in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that defendants failed to adequately respond to his mental health issues in violation of the Eighth Amendment. Presently before the court is defendants' motion to stay discovery. (ECF No. 23.) For the reasons set forth below, the court will deny the motion.

    Defendants requested to stay discovery after they learned that plaintiff is scheduled to participate in a global settlement conference in two unrelated cases on May 27, 2021. (ECF No. 23 at 1-2.) They argue that a stay of discovery and vacation of the deadlines set forth in the March 25, 2021 discovery and scheduling order (ECF No. 22) would promote judicial economy given plaintiff's interest in resolving this matter. Plaintiff has filed a response to the motion to stay. Therein, he asks the court to deny defendants' motion because he is not interested in settling this action. (ECF No. 25.)

1   Federal Rule of Civil Procedure 16(b)(4) provides that, "[a] schedule may be modified
2   only for good cause and with the judge's consent."  Based on plaintiff's unwillingness to settle
3   this case the court does not find good cause to stay discovery and vacate the pending deadlines.
4   To the extent defendants require additional time to complete discovery they may move for an
5   extension of time.

6   Accordingly, IT IS HEREBY ORDERED that defendants' motion for a stay of
7   discovery (ECF No. 23) is denied.

8   Dated:  April 22, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1Orders/Prisoner/Civil.Rights/hous1051.stay

2