UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOUSTON, | No. 2:20-cv-1051 DB P |
| Plaintiff, | |
| v. | ORDER |
| NGAI, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that defendants failed to adequately respond to his mental health issues in violation of the Eighth Amendment.

Presently before the court is defendants' motion to modify the discovery and scheduling order (DSO). (ECF No. 32.) In support of their motion defendants indicate that they need additional time to depose plaintiff. Counsel for defendants indicates that he has had difficulty contacting plaintiff since his release from custody. (ECF No. 32-2.) Good cause appearing, the court will grant the motion.

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the DSO (ECF No. 32) is granted;

2. Defendants have until October 1, 2021 to take plaintiff's deposition;

3. The deadline for filing dispositive motions is continued to December 24, 2021; and

4. In all other respects, the court's March 25, 2021 DSO (ECF No. 22) remains the same.

Dated: August 2, 2021

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1Orders/Prisoner/Civil.Rights/hous1051.DSO.depo