UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOUSTON, | No. 2:20-cv-1051 DB P |
| Plaintiff, | |
| v. | ORDER |
| NGAI, et al., | |
| Defendants. | |

      Plaintiff is a former state prisoner proceeding in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that defendants failed to adequately respond to his mental health issues in violation of the Eighth Amendment.

      On October 1, 2021 defendants filed a motion to compel and for sanctions because plaintiff failed to appear for his deposition. (ECF No. 34.) Defendants previously sought and obtained an extension of time to take plaintiff's deposition because they had difficulty contacting him following his release from custody.

      Plaintiff has not filed an opposition, statement of non-opposition, or requested additional time to file a response to defendants' motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On March 25, 2021 plaintiff was

////

advised of the requirements for filing an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion. (ECF No. 22 at 6.)

Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." In the order filed March 25, 2021, plaintiff was advised that failure to comply with the Local Rules may result in a recommendation that the action be dismissed. (ECF No. 22 at 8.)

Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an opposition, if any, to the motion to compel and for sanctions (ECF No. 34). Failure to file an opposition will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated: November 15, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil.Rights/R/hous1051.osc.P