UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOUSTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NGAI, et al.,<br><br>　　　　Defendants. | No. 2:20-cv-1051 DB P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that defendants failed to adequately respond to his mental health issues in violation of the Eighth Amendment. Presently before the court is defendants' motion to modify the discovery and scheduling order. (ECF No. 36.)

　　　　Defendants request that the court vacate the deadline for filing dispositive motions. (ECF No. 36.) In support of their motion, they argue that plaintiff has not yet filed a response to their motion to compel and for sanctions (ECF No. 34). By order dated November 15, 2021, plaintiff was ordered to file a response to defendants' motion and warned that failure to file a response would result in a recommendation that this action be dismissed. (ECF No. 35.) Good cause appearing, the court will grant the motion and vacate the dispositive motion deadline.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the discovery and scheduling order (ECF No. 36) is granted; and

2. The dispositive motion deadline set forth in the March 25, 2021 discovery and scheduling order (ECF No. 22) is vacated pending resolution of defendants' motion to compel and for sanctions.

Dated: December 20, 2021

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1Orders/Prisoner/Civil.Rights/hous1051.mod.dso