UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOUSTON,<br><br>            Plaintiff,<br><br>     v.<br><br>NGAI, et al.,<br><br>            Defendants. | No.  2:20-cv-1051 KJM DB P<br><br><br>ORDER |

      Plaintiff is a former state and current county inmate[1] proceeding in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff claims that defendants failed to adequately respond to his mental health issues in violation of the Eighth Amendment.  Defendants previously sought and were granted modification of the discovery and scheduling order to allow additional time to notice plaintiff's deposition.  (ECF No. 47.)  In light of the court's earlier

---

[1] Plaintiff was incarcerated at California Medical Facility when he filed the original complaint (see ECF No. 1).  Plaintiff most recent notice of change of address indicates that he is incarcerated at the Sacramento County Main Jail.  (ECF No. 38.)  The inmate locator website operated by the Sacramento County Sheriff's Department, located at: https://www.sacsheriff.com/InmateInformation/SearchNames.aspx, indicates that plaintiff remains in the custody of Sacramento County.  This court may take judicial notice of such information. See Louis v. McCormick & Schmick Restaurant Corp., 460 F. Supp. 2d 1153, 1155 fn.4 (C.D. Cal. 2006) (court may take judicial notice of state agency records); Pacheco v. Diaz, No. 1:19-cv-0774 SAB (PC), 2019 WL 5073594, at *2 (E.D. Cal. Sept. 4, 2019) (court may take judicial notice of the California Department of Corrections and Rehabilitation's inmate locator system).

1

vacation of the deadlines set forth in the discovery and scheduling order (ECF No. 37), the court will reset the dispositive motion deadline as set forth below.

      Good Cause appearing, IT IS HEREBY ORDERED that dispositive motions, if any, shall be filed on or before November 17, 2023.

Dated: September 14, 2023

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1Orders/Prisoner/Civil.Rights/hous1051.dispo.mtns