UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOUSTON, | No. 2:20-cv-1051 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| NGAI, et al., | |
| Defendants. | |

    Plaintiff is a former state and current county inmate[1] proceeding in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that defendants failed to adequately respond to his mental health issues in violation of the Eighth Amendment. Presently before the court is defendants' request to modify the scheduling order to allow defendants additional time to file a dispositive motion. (ECF No. 49.) In support of the motion, counsel for

---

[1] Plaintiff was incarcerated at California Medical Facility when he filed the original complaint (see ECF No. 1). Plaintiff most recent notice of change of address indicates that he is incarcerated at the Sacramento County Main Jail. (ECF No. 38.) The inmate locator website operated by the Sacramento County Sheriff's Department, located at: https://www.sacsheriff.com/InmateInformation/SearchNames.aspx, indicates that plaintiff remains in the custody of Sacramento County. This court may take judicial notice of such information. See Louis v. McCormick & Schmick Restaurant Corp., 460 F. Supp. 2d 1153, 1155 fn.4 (C.D. Cal. 2006) (court may take judicial notice of state agency records); Pacheco v. Diaz, No. 1:19-cv-0774 SAB (PC), 2019 WL 5073594, at *2 (E.D. Cal. Sept. 4, 2019) (court may take judicial notice of the California Department of Corrections and Rehabilitation's inmate locator system).

defendants states a brief extension of time is necessary because defendant Ngai is out of town on vacation preventing counsel from discussing the motion and reviewing relevant documents with Ngai. Good cause appearing, the court will grant the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the scheduling order (ECF No. 49) is granted; and
2. Dispositive motions shall be filed on or before December 1, 2023.

Dated: November 27, 2023

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1Orders/Prisoner/Civil.Rights/hous1051.eot(D)