1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    WILLIAM HOUSTON,                         No.  2:20-cv-1051 KJM DB P

12                    Plaintiff,

13           v.                                 ORDER

14    NGAI, et al.,

15                    Defendants.

16

17          Plaintiff is a state inmate proceeding in forma pauperis with a civil rights action pursuant

18    to 42 U.S.C. § 1983.  Plaintiff claims that defendants failed to adequately respond to his mental

19    health issues in violation of the Eighth Amendment.

20          On December 1, 2023, defendants filed a motion for summary judgment.  (ECF No. 51.)

21    Plaintiff has not filed an opposition.  Local Rule 230(l) provides in part: "Failure of the

22    responding party to file written opposition or to file a statement of no opposition may be deemed

23    a waiver of any opposition to the granting of the motion . . . ."  On March 25, 2021, plaintiff was

24    advised of the requirement for filing an opposition to the motion and that failure to oppose such a

25    motion may be deemed a waiver of opposition to the motion.  (ECF No. 22 at 6.)  Local rule 110

26    provides that failure to comply with the Local Rules "may be grounds for imposition of any and

27    all sanctions authorized by statute or Rule or within the inherent power of the Court."  In the

28    ////

                                                  1

1    order filed March 25, 2021, plaintiff was advised that failure to comply with the Local Rules may

2    result in a recommendation that the action be dismissed.  (ECF No. 22 at 8.)

3         Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of

4    this order, plaintiff shall file an opposition, if any, to the motion for summary judgment.  Failure

5    to file an opposition will be deemed as a statement of non-opposition and shall result in a

6    recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

7    Dated: March 8, 2024

8

9

10   _____

         DEBORAH BARNES

11       UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20   DB:12
     DB/DB Prisoner Inbox/Civil.Rights/R/hous1051.osc(msj)

21

22

23

24

25

26

27

28

                                    2