UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOUSTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>P. NGAI, et al.,<br><br>　　　　Defendants. | No.  2:20-cv-1051 KJM DB P<br><br><br>FINDINGS AND RECOMMENDATIONS |

　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983.  On December 1, 2023, defendants filed a motion for summary judgment.  When plaintiff did not file a timely opposition to the motion, on March 8, 2024, this court ordered plaintiff to file an opposition within thirty days.  Plaintiff was warned that if he failed to file a timely opposition, this court would recommend dismissal of this action.  (ECF No. 53 at 2.)  Plaintiff then sought a 90-day extension of time to file an opposition.  On April 1, this court granted plaintiff's request.  (ECF No. 55.)  More than 90 days have passed and plaintiff has not filed an opposition to the motion for summary judgment.  Plaintiff has had far more than ample time to respond to defendants' motion.  Plaintiff has been warned more than once that his failure to comply with court orders may result in a recommendation that this case be dismissed.  (See ECF Nos. 26, 53.)

////

////

1

1     For the foregoing reasons, IT IS HEREBY RECOMMENDED that

2   1. Defendants' motion for summary judgment (ECF No. 51) be dismissed without prejudice;

3     and

4   2. This action be dismissed for plaintiff's failure to comply with court orders.  See Fed. R.

5     Civ. P. 41; E.D. Cal. R. 110.

    These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days after being served with these findings and recommendations, either party may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that failure to file objections within the specified time may result in waiver of the right to appeal the district court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 23, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/hous1051.fta fr